# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> J. JESUS GALVAN NUNEZ (1), <br><br> Defendant. | Case No. 18CR4769-H <br><br> Booking No. 79890-298 <br><br> JUDGMENT AND ORDER OF DISMISSAL |

Based upon the oral motion of the Government (Doc. No. 23), the Court grants the Government's oral motion to dismiss without prejudice the Information in the above entitled case against Defendant J. Jesus Galvan Nunez. The Defendant is hereby discharged and the bond is hereby exonerated as to this case only.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: February 11, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-